**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number (if known): _____ Chapter  11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | New Jersey Vision Associates, P.C. |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 22-3589980 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1455 Broad St.<br>Suite 110<br>Bloomfield, NJ 07003 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Essex<br>County | Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)    https://www.njvision.net

6. Type of debtor
   - ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

Debtor  **New Jersey Vision Associates, P.C.**_____  Case number (*if known*) _____
         Name

| 7. | Describe debtor's business | A. *Check one:* |

■ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply*
☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__6211__

| 8. | Under which chapter of the Bankruptcy Code is the debtor filing? |

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| 9. | Were prior bankruptcy cases filed by or against the debtor within the last 8 years? If more than 2 cases, attach a separate list. |

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Official Form 201                    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page 2

Debtor **New Jersey Vision Associates, P.C.** _____ Case number (*if known*) _____
     Name

| | | |
|---|---|---|
| 10. | Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? | ■ No<br>☐ Yes. |

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

| | | |
|---|---|---|
| 11. | Why is the case filed in *this district*? | *Check all that apply:*<br>■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| | | |
|---|---|---|
| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ■ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>    Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>       Contact name _____<br>       Phone _____ |

■ **Statistical and administrative information**

| | | |
|---|---|---|
| 13. | Debtor's estimation of available funds | *Check one:*<br>■ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| | | | | |
|---|---|---|---|---|
| 14. | Estimated number of creditors | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
| 15. | Estimated Assets | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>■ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| 16. | Estimated liabilities | ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Official Form 201            **Voluntary Petition for Non-Individuals Filing for Bankruptcy**            page 3

Debtor  **New Jersey Vision Associates, P.C.**  _____  Case number (*if known*) _____
Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **New Jersey Vision Associates, P.C.**  Case number *(if known)* _____
Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  6 / 9 / 2023
            MM / DD / YYYY

X _/s/ signed_                                          **Mitchell Vogel, MD**
Signature of authorized representative of debtor        Printed name

Title **President**

**18. Signature of attorney**

X _/s/ signed_                                          Date  6/9/23
Signature of attorney for debtor                              MM / DD / YYYY

**Jeffrey A. Cooper**
Printed name

**Rabinowitz, Lubetkin & Tully, LLC**
Firm name

**293 Eisenhower Parkway
Suite 100
Livingston, NJ 07039**
Number, Street, City, State & ZIP Code

Contact phone  **973-597-9100**    Email address _____

**6267 NJ**
Bar number and State

## RESOLUTION OF NEW JERSEY VISION ASSOCIATES, P.C.

I, Mitchell Vogel, the sole owner of New Jersey Vision Associates, P.C. (the "Company"), hereby confirms the adoption by the Company of the following resolutions:

**BE IT RESOLVED** that the Company is authorized to institute a filing under Chapter 11 of the Bankruptcy Code, including, without limitation, under Subchapter V of Chapter 11 in the United States Bankruptcy Court for the District of New Jersey;

**BE IT FURTHER RESOLVED** that the Company is authorized to retain the firm of Rabinowitz, Lubetkin & Tully, LLC to act as its bankruptcy counsel in connection with such bankruptcy filing; and

**BE IT FURTHER RESOLVED** that the Company is authorized to take all actions necessary to implement and in furtherance of the bankruptcy filing.

**IN WITNESS WHEREOF**, the undersigned has executed this Resolution as of this 9th day of June, 2023.

_____
Mitchell Vogel
*Sole Owner of New Jersey Vision Associates, P.C.*

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | New Jersey Vision Associates, P.C. |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                                     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ADO Practice Solutions 200 South Street Tracy, MN 56175 | | Suppliers or Vendors | | | | $8,196.65 |
| BDE Computer 299 Lakeview Avenue Clifton, NJ 07011-4035 | | Services | | | | $5,231.61 |
| BHG Healthcare Group Cardmember Services PO Box 332509 Murfreesboro, TN 37133-2509 | | Credit Card | | | | $8,967.11 |
| Biotissue 7300 Corporate Center Drive Suite 700 Miami, FL 33126 | | Suppliers or Vendors | | | | $7,017.00 |
| CAAP Extended Repayment ERS Processing Novitas Solutions, Inc. 2020 Technology Parkway, Suite 100 Mechanicsburg, PA 17050 | | Monies Loaned/Advanced | | | | $20,013.17 |
| Capital One Bank-Spark Business PO Box 4069 Carol Stream, IL 60197-4069 | | Credit Card | | | | $4,992.99 |

Debtor  **New Jersey Vision Associates, P.C.**　　　　　　　　　　　Case number *(if known)*
　　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Chase Ink Business Visa<br>Cardmember Services<br>PO Box 1423<br>Charlotte, NC 28201-1423 | | Credit Card | | | | $56,353.75 |
| ERCT Property Management<br>c/o Steven J. Zweig, Esq.<br>180 Glenridge Avenue<br>Montclair, NJ 07042 | | | | | | $61,466.00 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101 | | Federal Payroll Taxes | Unliquidated | | | $61,505.98 |
| Kabbage from American Express<br>PO Box 570622<br>Atlanta, GA 30357 | | Monies Loaned/Advanced | Disputed | | | $17,492.96 |
| Loan Builder<br>3505 Silverside Road<br>Wilmington, DE 19810 | | Monies Loaned/Advanced | Disputed | | | $8,210.43 |
| Luzerne Optical Laboratories, LT<br>PO Box 998<br>Wilkes Barre, PA 18773-0998 | | Suppliers or Vendors | | | | $4,941.56 |
| Modernizing Medicine<br>4850 T-Rex Avenue Suite 200<br>Boca Raton, FL 33431 | | Suppliers or Vendors | | | | $6,494.52 |
| Rabinowitz, Lubetkin & Tully, LLC<br>293 Eisenhower Parkway Suite 100<br>Livingston, NJ 07039 | | | | | | $9,999.00 |
| Richard Baker<br>222 Garibaldi Avenue<br>Apt 43<br>Lodi, NJ 07644 | | Payroll | Unliquidated | | | $4,902.29 |

Debtor **New Jersey Vision Associates, P.C.**  Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Salina M. Hoang<br>10 Calvin Court<br>Old Bridge, NJ 08857 | | Payroll | Unliquidated | | | $3,809.98 |
| The Business Backer<br>10856 Reed Hartman Highway<br>Suite 100<br>Cincinnati, OH 45242 | | Monies Loaned/Advanced | Disputed | | | $23,821.29 |
| US Bank Visa<br>PO Box 790408<br>Saint Louis, MO 63179-0408 | | Credit Card | | | | $23,681.26 |
| Wave Contact Lens System, LLC<br>17721 59th Avenue NE<br>Arlington, WA 98223 | | Suppliers or Vendors | | | | $3,428.19 |
| Wells Fargo Business Card<br>PO Box 77033<br>Minneapolis, MN 55480-7733 | | Credit Card | | | | $4,582.28 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 3

**United States Bankruptcy Court**
**District of New Jersey**

In re  New Jersey Vision Associates, P.C.  
Debtor(s)

Case No. _____  
Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: 6/9/23

Mitchell Vogel, MD/President  
Signer/Title

ABB Optical Group
12301 NW 39th Street
Coral Springs, FL 33065


ADO Practice Solutions
200 South Street
Tracy, MN 56175


Alcon Vision, LLC
6201 South Freeway
Fort Worth, TX 76134-2099


Amerifund Group, LLC
14800 St. Mary's Lane
Suite 130
Houston, TX 77079


Bankers Healthcare Group
BHG Financial
201 Solar Street
Syracuse, NY 13204


BDE Computer
299 Lakeview Avenue
Clifton, NJ 07011-4035


BHG Healthcare Group
Cardmember Services
PO Box 332509
Murfreesboro, TN 37133-2509


Biotissue
7300 Corporate Center Drive
Suite 700
Miami, FL 33126


CAAP Extended Repayment
ERS Processing
Novitas Solutions, Inc.
2020 Technology Parkway, Suite 100
Mechanicsburg, PA 17050


Canon Financial Services, Inc.
14904 Collections Center Drive
Chicago, IL 60693-0149

Capital One Bank-Spark Business
PO Box 4069
Carol Stream, IL 60197-4069


Chase Ink Business Visa
Cardmember Services
PO Box 1423
Charlotte, NC 28201-1423


Clara Garcia
10 Howard Place
Apt 6
Belleville, NJ 07109-2968


Cloudfund LLC
400 Rella Blvd
Suite 165-101
Suffern, NY 10901


De Lage Landen Financial Services, Inc.
1111 Old Eagle School Road
Wayne, PA 19087


ERCT Property Management LLC
Attention Sibel Oz
PO Box 1200
Montclair, NJ 07042


Eye Centers of America, LLC ("ECOA")
Patrick Higgins MD
1255 Broad Street
Suite 104
Bloomfield, NJ 07003


Flexsys Vision Care Software
3620 Sacramento Drive
Suite 101
San Luis Obispo, CA 93401


Grace Mack, Esq.
Willentz, Goldman & Spitzer, P.A.
90 Woodbridge Center Drive
Suite 900; Box 10
Woodbridge, NJ 07095-0958

```
Hal W. Mandel, Esq.
Greenbaum, Rowe, Smith & Davis LLP
P.O. Box 5600
Woodbridge, NJ 07095


Horizon Blue Cross Blue Shield of NJ
PO Box 101130
Newark, NJ 07101-3130


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101


Jasmine Toledo
423 South 14th Street
Newark, NJ 07103


Jeffrey Vogel
231 Natalie Drive
Phillipsburg, NJ 08865


Jessica L. Senak
789 11th Avenue
Apt. 6H
Paterson, NJ 07514


Kabbage from American Express
PO Box 570622
Atlanta, GA 30357


Kavleen Kaur
91 Wood Street
Hasbrouck Heights, NJ 07604


Leaf Capital Funding
PO Box 5066
Hartford, CT 06102-5066


Lesly Y Ramirez
46 Harrison Avenue
Apt 1
Harrison, NJ 07029-1938
```

```
Loan Builder
3505 Silverside Road
Wilmington, DE 19810


Luzerne Optical Laboratories, LT
PO Box 998
Wilkes Barre, PA 18773-0998


Marcus Business Machines
1105A W. St Georges Avenue
Linden, NJ 07036-6115


Martin Vogel
104 Summit Court
Westfield, NJ 07090


Medicare Part B
Novitas Solutions, Inc.
PO Box 3063
Mechanicsburg, PA 17055-1806


Mitchell Vogel, MD
3 Rockcreek Terrace
Riverdale, NJ 07457-1048


Modernizing Medicine
4850 T-Rex Avenue
Suite 200
Boca Raton, FL 33431


New Jersey Divion of Taxation
Sales and Use Tax
PO Box 281
Trenton, NJ 08695-0281


New Jersey Division of Taxation
Compliance and Enforcement
3 John Fitch way, 5th Floor
PO Box 2454
Trenton, NJ 08695-4026


Nicole G. Suglia, Esq.
Fleischer & Suglia
Four Greentree Centre
601 Route 73 North, Suite 305
Marlton, NJ 07053
```

NJ Ratings and Inspection Bureau
60 Park Place
Newark, NJ 07101


PC Richard
Synchrony Bank
Attn: Bankruptcy Dept.
PO Box 965064
Orlando, FL 32896-5064


Richard Baker
222 Garibaldi Avenue
Apt 43
Lodi, NJ 07644


Salina M. Hoang
10 Calvin Court
Old Bridge, NJ 08857


TCF National Bank
1111 West San Marnan Dr.
Suite A2
Waterloo, IA 50701


The Business Backer
10856 Reed Hartman Highway
Suite 100
Cincinnati, OH 45242


The Huntington National Bank
11100 Wayzata Blvd
Suite 700
Minnetonka, MN 55305


The Koenig Group
1093 Raritan Road
2nd Floor
Clark, NJ 07066


Trukera Medical
940 S. Kimball
Suite 100
Southlake, TX 76092

Univest Capital, Inc.
PO Box 458
Souderton, PA 18964-0458


US Bank Visa
PO Box 790408
Saint Louis, MO 63179-0408


US Small Business Administration
Attn: District Counsel
455 Market Street
Suite 600
San Francisco, CA 94015


Visual Eyes Eyewear, LLC
975 Florida Central Parkway
Suite 1800
Longwood, FL 32750


Wave Contact Lens System, LLC
17721 59th Avenue NE
Arlington, WA 98223


Wells Fargo Bank, NA
Equipment & Vendor Finance CustomerCare
PO Box 3072
Cedar Rapids, IA 52406-3072


Wells Fargo Business Card
PO Box 77033
Minneapolis, MN 55480-7733


Wells Fargo Line of Credit
PO Box 51174
Los Angeles, CA 90051-5474